IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE WILLIAMS,

           Plaintiff,                No. CIV S-03-2518 FCD DAD P

      vs.

COUNTY OF SACRAMENTO
SHERIFF'S DEPARTMENT, et al.,

           Defendants.            <u>ORDER</u>
_____/

         Plaintiff has requested an extension of time to file an opposition to the defendants'

September 1, 2006 motion for summary judgment.  Good cause appearing, IT IS HEREBY

ORDERED that:

         1.  Plaintiff's October 16, 2006 request for an extension of time is granted; and

         2.  Plaintiff shall file an opposition to the defendants' September 1, 2006 motion

for summary judgment on or before November 10, 2006.

DATED: October 19, 2006.

                                  _____
                                DALE A. DROZD
                                UNITED STATES MAGISTRATE JUDGE

DAD:bb
will2518.36