Moreno & Rivera, LLP

1451 River Park Drive, Suite 145
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916-922-1301

Jesse M. Rivera, CSN 84259
Jonathan B. Paul, CSN 215884
Shanan L. Hewitt, CSN 200168

Attorneys for Defendants,
DEPUTY BACOCH, DEPUTY DICKERSON,
DEPUTY DOUGLAS, SERGEANT JOHNSON,
SERGEANT ZWOLINSKI, SERGEANT MURRAY,
and LT. G. POWELL

### IN THE UNITED STATES DISTRICT COURT

### IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE WILLIAMS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO<br>SHERIFF'S DEPARTMENT, et al.,<br><br>　　　　Defendants. | No.  CIV-S-03-2518 FCD DAD P<br><br>**ORDER ON DEFENDANTS' EX PARTE APPLICATION TO VACATE PRETRIAL DEADLINES & TRIAL DATE**<br><br>Hearing: N/A LR 78-230(m)<br>Before: Hon. Dale A. Drozd |

This case came on for hearing on the ex parte application of defendants DEPUTY BACOCH, DEPUTY DICKERSON, DEPUTY DOUGLAS, SERGEANT JOHNSON, SERGEANT ZWOLINSKI, SERGEANT MURRAY, and LT. G. POWELL for an order vacating the existing pretrial deadlines and trial date and to reset the same, following the District Court's ruling on defendants' motion for summary judgment/adjudication of issues and motion to strike the lodging of Internal Affairs Report 03-IA-67, and it appearing to this Court that good cause has been shown,

///

///

///

1    IT IS HEREBY ORDERED THAT:

2    1. The December 1, 2006 deadline for the filing of plaintiff's pretrial statement and motion to obtain the attendance of witnesses at trial, the December 15, 2006 deadline for the filing of defendants' pretrial statement, the December 22, 2006 pretrial conference and March 13, 2007 jury trial dates are vacated.

6    2. That if necessary, the Court will issue a revised scheduling order establishing pretrial deadlines and a new trial date following the issuance of rulings on defendants' motion for summary judgment/adjudication of issues and motion to strike the lodging of internal affairs report 03-IA-67.

DATED: December 11, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
will2518.vac