IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE WILLIAMS,

        Plaintiff,                    No. CIV S-03-2518 FCD DAD P

    vs.

COUNTY OF SACRAMENTO
SHERIFF'S DEPARTMENT, et al.,

        Defendants.              <u>ORDER</u>
_____/

        On June 19, 2006, plaintiff filed a request for reconsideration of the magistrate judge's order filed on May 30, 2006, disregarding plaintiff's May 17, 2006 motion to compel the production of documents and May 24, 2006 motion for leave to depose witnesses and ordering said documents be placed in the court file. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed May 30, 2006, is affirmed.

DATED: February 28, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE