MORENO & RIVERA, LLP

1451 River Park Drive, Suite 145
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916-922-1301

Jesse M. Rivera, CSN 84259
Jonathan B. Paul, CSN 215884
Shanan L. Hewitt, CSN 200168

Attorneys for Defendants,
DEPUTY BACOCH, DEPUTY DICKERSON,
DEPUTY DOUGLAS, SERGEANT JOHNSON,
SERGEANT ZWOLINSKI, SERGEANT MURRAY,
and LT. G. POWELL

# IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE WILLIAMS, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF SACRAMENTO SHERIFF'S DEPARTMENT, et al., <br><br> Defendants. | No. CIV-S-03-2518 FCD DAD P <br><br> **ORDER ON DEFENDANTS' EX PARTE APPLICATION TO EXTEND DEADLINE TO RESPOND TO COURT ORDERED DISCOVERY** <br><br> Hearing: N/A LR 78-230(m) <br> Before: Hon. Dale A. Drozd |

GOOD CAUSE appearing,

IT IS HEREBY ORDERED THAT the March 28, 2007 deadline for Defendants Murray, Johnson, and Powell to respond to those special interrogatories enumerated in this Court's February 26, 2007 order is extended for two (2) weeks to April 11, 2007.

DATED: March 30, 2007.

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
will2518.DEot

*Lawrence Williams v. County of Sacramento's Sheriff's Dept., et. al.*
U.S. District Court, Eastern District
Case Number CIV S-03-2518 FCD DAD P

## PROOF OF SERVICE

I am a citizen of the United States, employed in the City and County of Sacramento. My business address is 1451 River Park Dr., Suite 145, Sacramento, California, 95815. I am over the age of 18 years and not a party to the above-entitled action.

I am familiar with MORENO & RIVERA, LLP's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a U.S. mailbox after the close of each day's business.

On the following date, I served the attached:

**[PROPOSED ORDER] ON DEFENDANTS' EX PARTE APPLICATION TO EXTEND DEADLINE TO RESPOND TO COURT ORDERED DISCOVERY**

__X__ on the parties in this action by causing a true copy thereof to be placed in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail.

___ on the parties in this action by causing a true copy thereof to be delivered by hand to the offices of the addressee(s).

___ on the parties in this action by causing a true copy thereof to be telecopied by facsimile to the attorneys of record in the above action.

___ (By Express Mail pursuant to Code of Civil Procedure section 1013.) I deposited each sealed envelope, with the postage prepaid, to be delivered via Federal Express to the party(ies) so designated on the service list.

addressed as follows:

In Pro Per
Lawrence Williams, H-96315
Centinela State Prison
PO Box 731
Imperial, CA 92251

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed on March 30, 2007 at Sacramento, California.

/s/ Jonathan B. Paul

Jonathan B. Paul

MORENO & RIVERA, LLP
1451 River Park Drive, Suite 145
Sacramento, CA 95815
(916) 922-1200

Defendants' Ex Parte Application to Extend Deadline to Respond to Court Ordered Discovery
Page 2