IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE WILLIAMS,

    Plaintiff,                        No. CIV S-03-2518 FCD DAD P

    vs.

COUNTY OF SACRAMENTO
SHERIFF'S DEPARTMENT, et al.,

    Defendants.           ORDER
_____/

        Plaintiff has filed his a request for an extension of time to file and serve his supplemental opposition to defendants' September 1, 2006 motion for summary judgment pursuant to the court's order of February 26, 2007. Good cause appearing, the request will be granted. No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's April 18, 2007 request for an extension of time is granted; and

        2. Plaintiff shall file and serve his supplemental opposition to defendants' September 1, 2006 motion for summary judgment on or before May 17, 2007. No further extensions of time will be granted.

DATED: April 26, 2007.

DAD:mp/4
will2518.36sec

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE