IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE WILLIAMS,

    Plaintiff,                      No. CIV S-03-2518 FCD DAD P

    vs.

COUNTY OF SACRAMENTO
SHERIFF'S DEPARTMENT, et al.,

    Defendants.                <u>ORDER</u>

/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 22, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 22, 2007 are adopted in full;

2. Defendants Bacoch, Dickerson, Douglas, and Murray's September 1, 2006 motion for summary judgment/summary adjudication is granted as follows:

    a. Summary judgment is granted in favor of defendants Bacoch, Douglas, and Murray on all claims;

    b. Summary judgment is granted in favor of defendant Dickerson only as to plaintiff's medical care claim;

    c. Defendants Bacoch, Douglas, and Murray are dismissed from this action; and

3. This action shall proceed on plaintiff's claim that defendant Powell violated plaintiff's constitutional rights by issuing a false disciplinary charge against him and on plaintiff's excessive use of force claim against defendants Johnson, Dickerson, and Zwolinski.

DATED: September 25, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE