IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE WILLIAMS,

    Plaintiff,                      No. CIV S-03-2518 FCD DAD P

    vs.

COUNTY OF SACRAMENTO
SHERIFF'S DEPARTMENT, et al.,

    Defendants.              <u>ORDER</u>

                              /

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On January 15, 2008, the court issued an order setting new dates for the filing of plaintiff's pretrial statement and motion to obtain the attendance of witnesses, defendants' pretrial statement, pretrial conference and trial. The order also set a trial confirmation hearing for April 11, 2008. On January 22, 2008, plaintiff filed a motion styled, "Notice Of Motion And Motion To Vacate And Defer Trial Date Of April 15, 2008." The motion will be denied since the court has already issued an order setting new dates, including resetting the trial in this action for May 20, 2008. In his pending motion, plaintiff offers no new information confirming that he will be transferred prior to the May 20, 2008 trial date.

/////

1   Accordingly, IT IS HEREBY ORDERED that plaintiff's January 22, 2008 motion
2  to vacate the trial date is denied.
3  DATED: January 24, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7  DAD:4
   will2518.denvac