# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

LAWRENCE WILLIAMS,

        Plaintiff,                  No. CIV S-03-2518 FCD DAD P

   vs.

COUNTY OF SACRAMENTO
SHERIFF'S DEPARTMENT, et al.,      **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR APPEARANCE VIA VIDEO CONFERENCE FOR TRIAL CONFIRMATION HEARING**

        Defendants.
_____/

        LAWRENCE WILLIAMS, inmate CDCR# H-6315 and the plaintiff in this case, is confined in Correctional Training Facility (CTF), Highway 101 North, P.O. Box 686, Soledad, CA 93960-0686, in the custody of the Acting Warden Ben Curry; in order to secure this inmate's attendance for trial confirmation hearing, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Frank C. Damrell, Jr., to appear by video conferencing at Correctional Training Facility (CTF), Highway 101 North, P.O. Box 686, Soledad, CA 93960-0686, on April 18, 2008, at 2:00 p.m.

        ACCORDINGLY, IT IS ORDERED that:

        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Acting Warden Ben Curry, Correctional Training Facility (CTF), Highway 101 North, P.O. Box 686, Soledad, CA 93960-0686:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video conferencing, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: March 7, 2008.

                                                                          DALE A. DROZD
                                                                          UNITED STATES MAGISTRATE JUDGE

DAD/bb/4
will2518.writtch